IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13MJ268 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1)   Horacio J. Wheelock is appointed to represent the above-named defendant in this matter as stand-by counsel. He shall file an appearance in this matter.

(2)   The Federal Public Defender's Office shall provide Mr. Wheelock with a CJA voucher.

(3)   The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Mr. Wheelock.

DATED this 13th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge